UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>                Plaintiff,<br><br>        v.<br><br>SAFWAN HUSSAIN, dba Primo Mini<br>Mart; KENNETH A. BOCCHINI, Trustee<br>of the Kenneth A. and Susan L. Bocchini<br>Family Trust; and Susan L. BOCCHINI,<br>Trustee of the Kenneth A. and Susan L.<br>Bocchini Family Trust,<br><br>                Defendants. | **1:15-cv-434 --- BAM**<br><br><br>**ORDER DENYING MOTION FOR STAY**<br><br><br>**(Doc. 8)** |

On March 19, 2015, Plaintiff Jose Escobedo ("Plaintiff") filed a complaint seeking relief pursuant to the Americans with Disabilities Act ("ADA"), California Civil Code § 51 ("Unruh Civil Rights Act"), and the California Health and Safety Code § 19959.  (Doc. 1).  Plaintiff is a disabled person and alleges that Defendants Kenneth Bocchini and Susan Bocchini ("Defendants") are the operators of a business located in Fresno, California ("the property"). Plaintiff contends that when he visited the property, he encountered barriers that interfered with his ability to use and enjoy the goods and services offered.  He seeks an injunction, declaratory relief, statutory damages, attorney's fees and costs.

1

1   On April 28, 2015, Defendants filed a Motion to Stay requesting an early evaluation

2   conference pursuant to California Civil Code Section 55.54. (Doc. 8).  Specifically, Defendants

3   contend they have made several modifications to the property and that the changes render the

4   property ADA compliant.  Plaintiff filed an opposition to the stay on May 4, 2015.  (Doc. 9).

5

6   Under California law, the Construction–Related Accessibility Standards Compliance Act,

7   Cal. Civ.Code §§ 55.51–55.54, "entitles some defendants in construction-related accessibility

8   suits to a stay and [an early] evaluation conference for the lawsuit." *O'Campo v. Chico Mall, LP*,

9   758 F. Supp. 2d 976, 983 (E.D. Cal. 2010) (citing Cal. Civ.Code § 55.54(b)(1)).  However,

10  section 55.54 's provisions are preempted by the ADA and cannot be applied to plaintiff's ADA

11  claim. *See*, *Daubert v. City of Lindsey*, 37 F. Supp. 3d 1168, 1179 (E.D. Cal., Aug. 8, 2014);

12  *Moreno v. Vohra*, 2014 WL 2721770, at *1 (E.D. Cal. June 16, 2014); *Moreno v. Town &*

13  *Country Liquors,* 2012 WL 2960049, at *4 (E.D.Cal. July 19, 2012); *see also Hubbard v.*

14  *SoBreck, LLC*, 554 F.3d 742, 744 (9th Cir.2009) ( "[F]or federal law to preempt state law, it is not

15  necessary that a federal statute expressly state that it preempts state law." (citation omitted)).

16

17  Further, federal courts which have considered this issue have found that, under *Erie Rail*

18  *Co. v. Tompkins*, 304 U.S. 64 (1938), and related cases, a federal court should not apply the

19  procedures of California Civil Code section 55.54 to supplemental state law claims because its

20  provisions are not outcome determinative. See *Daubert*, 37 F. Supp. 3d at 1179-1180; *Moreno v.*

21  *Vohra*, 2014 WL 2721770 at *1; *Lamark v. Nuredin Noorallah Laiwalla, et al*, 2013 WL

22  3872926, at *1 (E.D. Cal., July 25, 2013); *Moreno*, 2012 WL 2960049, at *4; *O'Campo*, 758

23  F.Supp.2d at 985; *Oliver v. Hot Topic, Inc*., 2010 WL 4261473, at *1 (S.D.Cal. July 27, 2010).

24  Accordingly, Defendants' request for an early intervention conference is denied.

25

26  Finally, although the court may also stay an action under its inherent power "to control the

27  disposition of the causes on its docket with economy of time and effort for itself, for counsel, and

28

2

for litigants", *Landis v. N. Am. Co.,* 299 U.S. 248, 254, 57 S.Ct. 163, 81 L.Ed. 153 (1936),

defendants have not made a sufficient showing that a stay would be appropriate in this case. Thus,

defendants' motion for a stay is DENIED.

Notwithstanding the above, the Court is amenable to conducting a settlement conference

with the parties to attempt to resolve this litigation in its early stages if the parties determine this

would be beneficial.  If after meeting and conferring, the parties would like to schedule a

settlement conference, they should contact Courtroom Deputy Harriet Herman at 559-499-5788

to arrange a mutually agreeable time.

The Clerk of the Court is directed to serve this order on Defendants via United States mail

at the following address:

> Kenneth and Susan Bocchini
> 2208 Mesa Verde Drive
> Milpitas, California

IT IS SO ORDERED.

Dated:   **May 6, 2015**                          /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE

3