Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorney for Plaintiff
Jose Escobedo

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SAFWAN HUSSAIN dba PRIMO MINI MART, et al.,<br><br>　　　　Defendants. | No.  1:15-cv-00434---BAM<br><br>**STIPULATION FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE;  ORDER** |

WHEREAS, a Mandatory Scheduling Conference in this action is currently set for June 17, 2015;

WHEREAS, a clerk's default was entered against defendant Safwan Hussain dba Primo Mini Mart on May 22, 2015 (Dkt. 14);

WHEREAS, a joint scheduling report must be filed by June 10, 2015 by all parties who have appeared in the action pursuant to the Court's Order Setting Mandatory Scheduling Conference (Dkt. 3);

WHEREAS, Defendants, Kenneth A. Bocchini and Susan L. Bocchini, Trustees of the Kenneth A. and Susan L. Bocchini Family Trust (collectively "Defendants") are in the process of obtaining a Certified Access Specialist Report for the Facility and will provide it to Plaintiff, Jose Escobedo ("Plaintiff," and together with Defendants, "the Parties"), and the Parties

anticipate using the report as a basis to reach an informal resolution of Plaintiff's equitable claims;

WHEREAS, the Parties are actively engaged in settlement discussions and are optimistically hopeful that a full settlement can be reached within the next six weeks;

WHEREAS, the Parties desire to conserve judicial resources and avoid incurring additional attorney fees and costs;

NOW, THEREFORE, the Parties, by and through their respective counsel, stipulate to a continuance of the Mandatory Scheduling Conference currently set for June 17, 2015 to a date at the Court's convenience on or after July 15, 2015, to allow time for the Parties to exhaust settlement efforts.

Dated: June 3, 2015                MOORE LAW FIRM, P.C.

                                   */s/ Tanya E. Moore*
                                   Tanya E. Moore
                                   Attorney for Plaintiff,
                                   Jose Escobedo

Dated: June 3, 2015                */s/ Michael L. Elder*
                                   Michael L. Elder
                                   Attorney for Defendants,
                                   Kenneth A. Bocchini and Susan L. Bocchini,
                                   Trustees of the Kenneth A. and Susan L. Bocchini
                                   Family Trust

**<u>ORDER</u>**

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for June 17, 2015 is continued to **August 19, 2015 at 9:00 a.m.** The Parties shall file a joint scheduling report one week prior to the Scheduling Conference.

IT IS SO ORDERED.

Dated:  **June 4, 2015**                                     /s/ Barbara A. McAuliffe
                                                                                UNITED STATES MAGISTRATE JUDGE