Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorney for Plaintiff
Jose Escobedo

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE ESCOBEDO, <br><br> Plaintiff, <br><br> vs. <br><br> SAFWAN HUSSAIN dba PRIMO MINI MART, et al., <br><br> Defendants. | No. 1:15-cv-00434---BAM <br><br> **STIPULATION FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE; ORDER** |

WHEREAS, a Mandatory Scheduling Conference in this action is currently set for June 17, 2015;

WHEREAS, a clerk's default was entered against defendant Safwan Hussain dba Primo Mini Mart on May 22, 2015 (Dkt. 14);

WHEREAS, a joint scheduling report must be filed by June 10, 2015 by all parties who have appeared in the action pursuant to the Court's Order Setting Mandatory Scheduling Conference (Dkt. 3);

WHEREAS, Defendants, Kenneth A. Bocchini and Susan L. Bocchini, Trustees of the Kenneth A. and Susan L. Bocchini Family Trust (collectively "Defendants") are in the process of obtaining a Certified Access Specialist Report for the Facility and will provide it to Plaintiff, Jose Escobedo ("Plaintiff," and together with Defendants, "the Parties"), and the Parties

anticipate using the report as a basis to reach an informal resolution of Plaintiff's equitable claims;

WHEREAS, the Parties are actively engaged in settlement discussions and are optimistically hopeful that a full settlement can be reached within the next six weeks;

WHEREAS, the Parties desire to conserve judicial resources and avoid incurring additional attorney fees and costs;

NOW, THEREFORE, the Parties, by and through their respective counsel, stipulate to a continuance of the Mandatory Scheduling Conference currently set for June 17, 2015 to a date at the Court's convenience on or after July 15, 2015, to allow time for the Parties to exhaust settlement efforts.

Dated: June 3, 2015                    MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Jose Escobedo

Dated: June 3, 2015                    */s/ Michael L. Elder*
Michael L. Elder
Attorney for Defendants,
Kenneth A. Bocchini and Susan L. Bocchini,
Trustees of the Kenneth A. and Susan L. Bocchini Family Trust

**ORDER**

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for June 17, 2015 is continued to **August 19, 2015 at 9:00 a.m.** The Parties shall file a joint scheduling report one week prior to the Scheduling Conference.

IT IS SO ORDERED.

Dated: **June 8, 2015**                                      /s/ Barbara A. McAuliffe
                                                                                   UNITED STATES MAGISTRATE JUDGE