1  Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
2  332 North Second Street
San Jose, California  95112
3  Telephone (408) 298-2000
Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorney for Plaintiff
Jose Escobedo

6

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11  JOSE ESCOBEDO,                          )  No.  1:15-cv-00434-BAM
                                           )
12              Plaintiff,                  )  **STIPULATION FOR DISMISSAL OF**
                                           )  **ENTIRE ACTION;  ORDER**
13         vs.                              )
                                           )
14  SAFWAN HUSSAIN dba PRIMO MINI           )
MART, et al.,                              )
15                                          )
                                           )
16              Defendants.                 )
                                           )
17  _____)

18

19

20

21

22

23

24

25

26

27

28

1     IT IS HEREBY STIPULATED by and between Plaintiff Jose Escobedo and

2   Defendants Kenneth A. Bocchini, Trustee of the Kenneth A. and Susan L. Bocchini Family

3   Trust; and Susan L. Bocchini, Trustee of the Kenneth A. and Susan L. Bocchini Family Trust,

4   the parties who have appeared in this action, by and through their respective counsel, that

5   pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be

6   dismissed with prejudice and the case closed in its entirety.  Each party is to bear its own

7   attorneys' fees and costs.

8

9   Dated: November 30, 2015                MOORE LAW FIRM, P.C.

10                                          */s/ Tanya E. Moore*
                                           Tanya E. Moore
11                                         Attorney for Plaintiff,
                                           Jose Escobedo
12

13   Dated: November 30, 2015               PURVIS & ELDER LLP

14                                          */s/ Michael L. Elder*
                                           Michael L. Elder
15                                         Attorneys for Defendants,
                                           Kenneth A. Bocchini and Susan L. Bocchini,
16                                         Trustees of the Kenneth A. and Susan L.
                                           Bocchini Family Trust
17

18

19                                  **ORDER**

20
        The parties having so stipulated and good cause appearing,
21
      IT IS HEREBY ORDERED that this action be dismissed with prejudice and the case
22
    closed in its entirety. Each party shall bear its own attorney's fees and costs.  The Clerk of the
23
    Court is instructed to close this case.
24

25
    IT IS SO ORDERED.
26
    Dated**:   December 1, 2015**              /s/ Barbara A. McAuliffe
27                                          UNITED STATES MAGISTRATE JUDGE
28